cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNE RHODES, an individual, ) | Civil No.08cv0948 WQH (AJB) |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOLLOWING EARLY |
| ) | NEUTRAL EVALUATION |
| TURNER CONSTRUCTION COMPANY, a ) | CONFERENCE |
| New York Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On July 15, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Douglas Geyman, Esq. and Daphne Rhodes on behalf of plaintiff; Jim Goodman, Esq., Connie Marshall and Steve Jung on behalf of defendant.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1.  The Rule 26(f) conference shall be completed before *July 31, 2008*;

2.  The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *August 14, 2008*;

3.  A discovery plan shall be lodged with Judge Battaglia on or before *August 14, 2008;* and,

4.  Counsel are ordered to appear ***by phone on August 21, 2008 at 9:00 a.m.*** for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Counsel for plaintiff shall initiate the conference call.

1  Failure of any counsel or party to comply with this Order will result in the imposition of
2  sanctions.
3  IT IS SO ORDERED.

5  DATED: July 16, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court