1  James A. Goodman, State Bar No. 089715
   Lauren K. Rifenbark, State Bar No. 228194
2  EPSTEIN BECKER & GREEN, P.C.
   1925 Century Park East, Suite 500
3  Los Angeles, California 90067-2506
   Telephone No.: 310.556.8861
4  Fax No.: 310.553.2165
   jgoodman@ebglaw.com
5  lrifenbar@ebglaw.com

6
   Phillip L. Kossy, State Bar No. 071543
7  Micah D. Parzen, State Bar No. 222559
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
8  600 West Broadway, Suite 2600
   San Diego, California 92101-3372
9  Telephone No.: 619.699.2433
   Fax No.: 619.645.5384
10 pkossy@luce.com
   mparzen@luce.com
11
   Attorneys for Defendant
12 TURNER CONSTRUCTION COMPANY

13              UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

15

16 | DAPHNE RHODES, an individual, | Case No. 08 CV-0948 WQH (AJB)
17 |     Plaintiff, | SUBSTITUTION OF ATTORNEYS FOR DEFENDANT
18 | v. |
19 | TURNER CONSTRUCTION COMPANY, a | Judge:  Hon. William Q. Hayes
   | New York corporation; and DOES 1-20, | Crtrm.  4
20 | Inclusive, |
21 |     Defendant. |

22

23       TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24       PLEASE TAKE NOTICE THAT the following counsel are substituted in place of Epstein

25 Becker & Green, P.C., the current attorneys of record for Defendant Turner Construction Company:

26 ///

27 ///

28                                    1        SUBSTITUTION OF ATTORNEYS FOR
                                                              DEFENDANT
                                                    Case No. 08 CV-0948 WQH (AJB)

```
 1    Phillip L. Kossy, State Bar No. 071543
      Micah D. Parzen, State Bar No. 222559
 2    Luce, Forward, Hamilton & Scripps LLP
      600 West Broadway, Suite 2600
 3    San Diego, California 92101-3372
      Telephone No.: 619.699.2433
 4    Fax No.: 619.645.5384
      pkossy@luce.com
 5
          I hereby consent to the above-stated Substitution of Counsel.
 6
      DATED: July 28, 2008              TURNER CONSTRUCTION COMPANY
 7

 8                                      By: [signature]
 9                                      Its: Senior Vice President
10
11        I consent to the above Substitution of Counsel.

12    DATED: July 28, 2008              EPSTEIN BECKER & GREEN, P.C.

13

14                                      By: /s/James A. Goodman
                                            James A. Goodman (Present Attorney)
15
          I accept the above-stated Substitution of Counsel. I am duly admitted to practice in this
16
      District.
17
      DATED: July 28, 2008              LUCE, FORWARD, HAMILTON & SCRIPPS LLP
18

19
                                        By: /s/Phillip L. Kossy
20                                          Phillip L. Kossy
                                            Attorneys for Defendant
21                                          Turner Construction Company

22
23    101108409.1
24
25
26
27
28
                                            2        SUBSTITUTION OF ATTORNEYS FOR
                                                                          DEFENDANT
                                                         Case No. 08 CV-0948 WQH (AJB)
```

1  James A. Goodman, State Bar No. 089715
   Lauren K. Rifenbark, State Bar No. 228194
2  EPSTEIN BECKER & GREEN, P.C.
   1925 Century Park East, Suite 500
3  Los Angeles, California 90067-2506
   Telephone No.: 310.556.8861
4  Fax No.: 310.553.2165
   jgoodman@ebglaw.com
5  lrifenbar@ebglaw.com

6

7  Phillip L. Kossy, State Bar No. 071543
   Micah D. Parzen, State Bar No. 222559
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
8  600 West Broadway, Suite 2600
   San Diego, California 92101-3372
9  Telephone No.: 619.699.2433
   Fax No.: 619.645.5384
10 pkossy@luce.com
   mparzen@luce.com
11
   Attorneys for Defendant
12 TURNER CONSTRUCTION COMPANY, INC.

13                UNITED STATES DISTRICT COURT

14                SOUTHERN DISTRICT OF CALIFORNIA

15

16 DAPHNE RHODES, an individual,            Case No. 08 CV-0948 WQH (AJB)

17        Plaintiff,                         PROOF OF SERVICE

18 v.
                                             Judge: Hon. William Q. Hayes
19 TURNER CONSTRUCTION COMPANY, a            Crtrm. 4
   New York corporation; and DOES 1-20,
20 Inclusive,

21        Defendant.

22
          I, Phillip L. Kossy, declare as follows:
23
          I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address
24
   is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of
25
   this court, over the age of eighteen years and not a party to this action.
26
          On July 28, 2008, I caused to be served the following document(s):
27
   **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT**
28

                                        1                          Proof of Service
                                                            Case No. 08 CV-0948 WQH (AJB)

1 on the interested parties in this action by:

2 **Electronic Mail Notice List**

3     The following are those who are currently on the list to receive e-mail notices for this case.

4         Douglas E. Geyman, Esq.
Law Offices of Douglas E. Geyman
5         750 B Street, Suite 2635
San Diego, CA 92101
6         douglas@geyman.sdcoxmail.com
Attorney for Plaintiff Daphne Rhodes
7

        James A. Goodman, Esq.
8         Lauren K. Rifenbark, Esq.
EPSTEIN BECKER & GREEN, P.C.
9         1925 Century Park East, Suite 500
Los Angeles, CA 90067-2506
10         jgoodman@ebglaw.vom
lrifenbar@ebglaw.com
11         (Former Attorneys for Defendant Turner Construction Company, Inc.)

12 **Manual Notice List**

13     The following is the list of attorneys who are **not** on the list to receive e-mail notices for this
14 case (who therefore require manual noticing).

15         N/A

16     I declare under penalty of perjury under the laws of the United States of America that the
17 foregoing is true and correct.

18     Executed at San Diego, California on July 28, 2008.

19

20                          /s/ Phillip L. Kossy
21                         Phillip L. Kossy
Attorneys for TURNER CONSTRUCTION
22                         COMPANY, INC.

23
101108619.1
24

25

26

27

28