UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNE RHODES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY, a New York corporation; and DOES 1-20, Inclusive,<br><br>    Defendant. | Case No. 08 CV-0948 WQH (AJB)<br><br>**JOINT MOTION TO CONTINUE DISCOVERY-RELATED DATES ESTABLISHED BY ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Judge:  Hon. William Q. Hayes<br>Crtrm.  4 |

   WHEREAS, the assigned Magistrate Judge held a Early Neutral Evaluation ("ENE") Conference on July 15, 2008, in the above-referenced matter;

   WHEREAS, the Magistrate Judge subsequently issued an Order establishing certain discovery-related dates on July 16, 2008;

   WHEREAS, Luce, Forward, Hamilton & Scripps LLP filed a substitution of counsel on behalf of defendant Turner Construction Company ("Defendant") on July 28, 2008;

   WHEREAS, Defendant's new counsel requires additional time to review the complaint and other documents related to the litigation;

   WHEREAS, plaintiff Daphne Rhodes acknowledges that she will not be prejudiced in any way through the continuation of the discovery-related dates established by the Magistrate Judge;

and

WHEREAS, the parties wish to continue the discovery-related dates established by the Magistrate Judge by a period of approximately 30 days.

THE PARTIES HEREBY JOINTLY MOVE as follows:

1. That the parties' July 31, 2008, deadline to complete the Rule 26(f) conference be continued to ***August 29, 2008***;

2. That the parties' August 14, 2008, deadline to exchange their initial disclosures pursuant to Rule 26(a)(1)(A-D) should occur on or before ***September 15, 2008***; and

3. That, depending on the Magistrate Judge's availability, the August 21, 2008, Case Management Conference pursuant to Rule 16(b) be continued until ***the week of September 22, 2008.***

Respectfully submitted,

DATED: July 31, 2008         LAW OFFICE OF DOUGLAS E. GEYMAN


                             By: s/Douglas E. Geyman
                             Douglas E. Geyman
                             Attorney for Plaintiff
                             DAPHNE RHODES


DATED: July 31, 2008         LUCE, FORWARD, HAMILTON & SCRIPPS LLP


                             By: s/Micah D. Parzen
                             Philip L. Kossy
                             Micah D. Parzen
                             Attorneys for Defendant
                             TURNER CONSTRUCTION COMPANY

101109017.1

2    JT MOTION TO CONTINUE DISCOVERY-
     RELATED DATES
     Case No. 08 CV-0948 WQH (AJB)

1  Phillip L. Kossy, State Bar No. 071543
   Micah D. Parzen, State Bar No. 222559
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California  92101-3372
   Telephone No.: 619.699.2433
4  Fax No.: 619.645.5384
   pkossy@luce.com
5  mparzen@luce.com

6  Attorneys for Defendant
   TURNER CONSTRUCTION COMPANY
7

8                     UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | DAPHNE RHODES, an individual, | Case No. 08 CV-0948 WQH (AJB) |
|---|---|---|
| 12 | Plaintiff, | **DECLARATION OF SERVICE** |
| 13 | v. | Judge:  Hon. William Q. Hayes |
| 14 | TURNER CONSTRUCTION COMPANY, a New York corporation; and DOES 1-20, | Crtrm.   4 |
| 15 | Inclusive, | |
| 16 | Defendant. | |

17

18         I, Micah D. Parzen, declare as follows:

19         I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose

20  address is 600 W. Broadway, Ste. #2600, San Diego, California 92101.  I am over the age of

21  eighteen years, and am not a party to this action.

22         On July 31, 2008, I served the following:

23         **1.   JOINT MOTION TO CONTINUE DISCOVERY-RELATED DATES
                  ESTABLISHED BY ORDER FOLLOWING EARLY NEUTRAL**
24                **EVALUATION CONFERENCE; and**

25         **2.   [PROPOSED] ORDER ON JOINT MOTION TO CONTINUE
                  DISCOVERY-RELATED DATES ESTABLISHED BY ORDER**
26                **FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE**

27  / / /

28  / / /

on the interested parties in this action by:

_____  **U. S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid, for each address named on the attached service list for collection and mailing on the below indicated day following the ordinary business practices at Luce, Forward, Hamilton & Scripps LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

_____  **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__X__  **E-MAIL/ELECTRONIC TRANSMISSION:** Pursuant to Federal Rules regarding CM/ECF, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Douglas E. Geyman, Esq.<br>Law Office of Douglas E. Geyman<br>750 "B" Street, Suite 2635<br>San Diego, CA 92101-8183<br>Ph:    (619) 232-3533<br>Fax:   (619) 232-3593<br>Email: douglas@geyman.sdcoxmail.com | Attorney for Plaintiff, Daphne Rhodes |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at San Diego, California on July 31, 2008.

                                  s/Micah D. Parzen
                                  Micah D. Parzen

101109736.1