```
 1  James A. Goodman, State Bar No. 089715
    Lauren K. Rifenbark, State Bar No. 228194
 2  EPSTEIN BECKER & GREEN, P.C.
    1925 Century Park East, Suite 500
 3  Los Angeles, California 90067-2506
    Telephone No.: 310.556.8861
 4  Fax No.: 310.553.2165
    jgoodman@ebglaw.com
 5  lrifenbar@ebglaw.com

 6
    Phillip L. Kossy, State Bar No. 071543
 7  Micah D. Parzen, State Bar No. 222559
    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
 8  600 West Broadway, Suite 2600
    San Diego, California 92101-3372
 9  Telephone No.: 619.699.2433
    Fax No.: 619.645.5384
10  pkossy@luce.com
    mparzen@luce.com
11
    Attorneys for Defendant
12  TURNER CONSTRUCTION COMPANY
```

FILED
AUG - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNE RHODES, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY, a New York corporation; and DOES 1-20, Inclusive,<br><br>   Defendant. | Case No. 08 CV-0948 WQH (AJB)<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT**<br><br>Judge:  Hon. William Q. Hayes<br>Crtrm.  4 |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the following counsel are substituted in place of Epstein Becker & Green, P.C., the current attorneys of record for Defendant Turner Construction Company:

/ / /

/ / /

1      SUBSTITUTION OF ATTORNEYS FOR DEFENDANT
       Case No. 08 CV-0948 WQH (AJB)

| | |
|---|---|
| 1 | Phillip L. Kossy, State Bar No. 071543 |
| 2 | Micah D. Parzen, State Bar No. 222559 |
|   | Luce, Forward, Hamilton & Scripps LLP |
|   | 600 West Broadway, Suite 2600 |
| 3 | San Diego, California 92101-3372 |
|   | Telephone No.: 619.699.2433 |
| 4 | Fax No.: 619.645.5384 |
|   | pkossy@luce.com |

I hereby consent to the above-stated Substitution of Counsel.

DATED: July 28, 2008     TURNER CONSTRUCTION COMPANY

By: _____

Its: Senior Vice President

I consent to the above Substitution of Counsel.

DATED: July 28, 2008     EPSTEIN BECKER & GREEN, P.C.


By: /s/James A. Goodman
James A. Goodman (Present Attorney)

I accept the above-stated Substitution of Counsel. I am duly admitted to practice in this District.

DATED: July 28, 2008     LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By: /s/Phillip L. Kossy
Phillip L. Kossy
Attorneys for Defendant
Turner Construction Company

101108409.1

IT IS SO ORDERED

8/4/08

WILLIAM Q. HAYES
United States District Judge

2

SUBSTITUTION OF ATTORNEYS FOR DEFENDANT
Case No. 08 CV-0948 WQH (AJB)

```
 1  James A. Goodman, State Bar No. 089715
    Lauren K. Rifenbark, State Bar No. 228194
 2  EPSTEIN BECKER & GREEN, P.C.
    1925 Century Park East, Suite 500
 3  Los Angeles, California 90067-2506
    Telephone No.: 310.556.8861
 4  Fax No.: 310.553.2165
    jgoodman@ebglaw.com
 5  lrifenbar@ebglaw.com

 6
    Phillip L. Kossy, State Bar No. 071543
 7  Micah D. Parzen, State Bar No. 222559
    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
 8  600 West Broadway, Suite 2600
    San Diego, California 92101-3372
 9  Telephone No.: 619.699.2433
    Fax No.: 619.645.5384
10  pkossy@luce.com
    mparzen@luce.com
11
    Attorneys for Defendant
12  TURNER CONSTRUCTION COMPANY, INC.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNE RHODES, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY, a New York corporation; and DOES 1-20, Inclusive,<br><br>   Defendant. | Case No. 08 CV-0948 WQH (AJB)<br><br>PROOF OF SERVICE<br><br>Judge:  Hon. William Q. Hayes<br>Crtrm.  4 |

I, Phillip L. Kossy, declare as follows:

I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of this court, over the age of eighteen years and not a party to this action.

On July 28, 2008, I caused to be served the following document(s):

**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT**

1 | on the interested parties in this action by:

2 | **Electronic Mail Notice List**

3 | The following are those who are currently on the list to receive e-mail notices for this case.

Douglas E. Geyman, Esq.
Law Offices of Douglas E. Geyman
750 B Street, Suite 2635
San Diego, CA 92101
douglas@geyman.sdcoxmail.com
Attorney for Plaintiff Daphne Rhodes

James A. Goodman, Esq.
Lauren K. Rifenbark, Esq.
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067-2506
jgoodman@ebglaw.vom
lrifenbar@ebglaw.com
(Former Attorneys for Defendant Turner Construction Company, Inc.)

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

N/A

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Diego, California on July 28, 2008.

                          /s/ Phillip L. Kossy
                          Phillip L. Kossy
                          Attorneys for TURNER CONSTRUCTION COMPANY, INC.

101108619.1