UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNE RHODES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY, a New York corporation; and DOES 1-20, Inclusive,<br><br>    Defendant. | Case No. 08 CV-0948 WQH (AJB)<br><br>**ORDER ON JOINT MOTION TO CONTINUE DISCOVERY-RELATED DATES ESTABLISHED BY ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Judge:  Hon. William Q. Hayes<br>Crtrm.  4 |

Upon consideration of the parties' Joint Motion to Continue Discovery-Related Dates Established By Order Following Early Neutral Evaluation Conference submitted to the Court for filing on July 31, 2008:

THE COURT HEREBY RULES as follows:

1.  The parties' July 31, 2008, deadline to complete the Rule 26(f) conference shall be continued to *August 29, 2008*;

2   The parties' exchange of initial disclosures pursuant to Rule 26(a)(1)(A-D) shall occur on or before *September 15, 2008*; and

/ / /

/ / /

1
2
3   3.  The August 21, 2008, telephonic Case Management Conference pursuant to Rule 16(b) be continued until **September 22, 2008 at 9:30 a.m. Counsel for plaintiff shall initiate the conference call.**
4
5
6   IT IS SO ORDERED.
7   **DATED:  August 1, 2008**
8
9                                                                 _____
10                                                                **Hon. Anthony J. Battaglia**
11                                                                **U.S. Magistrate Judge**
12                                                                **United States District Court**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28