cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNE RHODES, an individual, ) | Civil No.08cv0948 WQH (AJB) |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOLLOWING CASE |
| ) | MANAGEMENT CONFERENCE |
| TURNER CONSTRUCTION COMPANY, a ) | |
| New York Corporation, ) | |
| ) | |
| Defendants. ) | |

On September 22, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Douglas Geyman, Esq. on behalf of plaintiff and Phil Kossy, Esq. on behalf of defendant.

Counsel report that they have located an arbitration clause relative to this claim. Arbitration will, therefore, proceed. Counsel have agreed to submit a joint motion to dismiss the case, with the Court to retain jurisdiction to reopen in the event some post arbitration issue requires resolution.

IT IS SO ORDERED.

DATED: September 23, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court