# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNE RHODES, | CASE NO. 08cv948-WQH-AJB |
| Plaintiff, | ORDER |
| vs. | |
| TURNER CONSTRUCTION COMPANY, a New York corporation; and DOES 1-20, inclusive, | |
| Defendants. | |

HAYES, Judge:

Upon consideration of the parties' Joint Motion to Dismiss submitted to the Court for filing on September 30, 2008:

THE COURT HEREBY RULES as follows:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action shall be dismissed with prejudice, with each party to bear her/its own costs and attorneys' fees.  In lieu of resolving their dispute in this (or any other) Court, plaintiff shall submit her claims against Turner Construction Company to arbitration pursuant to the terms and conditions of their mandatory arbitration agreement.

1  2.  This Court shall retain jurisdiction to reopen in the event some post arbitration issue

2 requires resolution.

3   IT IS SO ORDERED.

4

5 DATED:  October 6, 2008

6

WILLIAM Q. HAYES
United States District Judge